# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| IN RE )<br>ALONZO D. CEPHUS, )<br>)<br>Debtor. )<br>)<br>ALONZO D. CEPHUS, )<br>)<br>Plaintiff )<br>v. )<br>)<br>CBE GROUP and DEPARTMENT OF )<br>EDUCATION, )<br>)<br>Defendants. ) | Case No. 17-CV-2118 |

## ORDER

A Report and Recommendation (#2) was filed by the Bankruptcy Judge in the above cause on June 1, 2017 pursuant to 28 U.S.C. § 157(c)(1). It has been three weeks since the Bankruptcy Judge entered her Report and Recommendation, a copy of which was sent to appellant Alzono D. Cephus the next day. Cephus has not filed an objection, or any response to the Report and Recommendation. The court therefore presumes that Cephus has no objection to the Report and Recommendation. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 540 (7th Cir. 1986). The Recommendation of the Bankruptcy Judge is, therefore, accepted by the court.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#2) is accepted by this court.

(2) This appeal is hereby dismissed due to appellant's failure to comply with the Bankruptcy Court order to pay the required filing fee for this appeal. Cephus was afforded sufficient additional time to pay the fee, and he has not.

(3) This case is terminated.

ENTERED this 21st day of June, 2017.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE